**UNIVERSAL SERVICES AND ASSOCIATES, LLC**

**VERSUS**

**WADE GRUNDMEYER, VAL COERVER, TAUBER OIL COMPANY, TAUBER PETROCHEMICAL CO., CHAD VERHOFF AND CAROLYN SHEFFIELD**

\*     NO. 2022-CA-0426

\*     COURT OF APPEAL

\*     FOURTH CIRCUIT

\*     STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

RLB

**BELSOME, J., CONCURS IN THE RESULT**